**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 20-7829**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PARRISH DOMINIQUE WILLIAMS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:17-cr-00095-JAG-1)

─────────

Submitted:  June 28, 2021                                         Decided:  July 28, 2021

─────────

Before KING, AGEE, and RICHARDSON, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Miriam Airington-Fisher, AIRINGTON STONE & ROCKECHARLIE, PLLC, Richmond, Virginia, for Appellant.  Raj Parekh, Acting United States Attorney, Alexandria, Virginia, Janet Jin Ah Lee, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Parrish Dominique Williams appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 3:17-cr-00095-JAG-1 (E.D. Va. Dec. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*